UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE V. CARROLL, ) | Case No. CV 05-5347 SVW(JC) |
| Petitioner, ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. ) | |
| RICHARD KIRKLAND, ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

1    First, to the extent petitioner raises new arguments in his Objections, the
2 Court declines to consider new arguments raised for the first time in Objections to
3 the Magistrate Judge's Report and Recommendation.  See United States v. Howell,
4 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).
5    Second, to the extent petitioner, in his Objections, attempts to resurrect
6 claims he expressly abandoned in his Traverse and which are not addressed in the
7 Report and Recommendation, the Court rejects such claims for the reasons argued
8 by respondent in the Return.
9    IT IS ORDERED that Judgment be entered denying the Petition and
10 dismissing this action with prejudice.
11    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
12 United States Magistrate Judge's Report and Recommendation, and the Judgment
13 herein on petitioner and counsel for respondent.
14    LET JUDGMENT BE ENTERED ACCORDINGLY.

    DATED:  August 17, 2011

    _____
    HONORABLE STEPHEN V. WILSON
    UNITED STATES DISTRICT JUDGE