UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE V. CARROLL, | ) | Case No. CV 05-5347 SVW(JC) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| RICHARD KIRKLAND, | ) ) ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: August 17, 2011

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE